| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Ure Law Firm**<br>**800 West 6th Street, Suite 940**<br>**Los Angeles, CA  90017**<br>**213-202-6070 Fax: 213-202-6075**<br>**Thomas B. Ure,   SBN 170492**<br>**Tom@urelawfirm.com**<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 26 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** jones      **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *LOS ANGELES* DIVISION**

| | |
|---|---|
| In re:<br>LILIA NUNO ,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:17-bk-16215-WB<br>CHAPTER: 13<br><br>**ORDER GRANTING MOTION**<br>**FOR ORDER IMPOSING A STAY OR**<br>**CONTINUING THE AUTOMATIC STAY**<br><br>DATE:  June 13, 2017<br>TIME:   10:00 a.m.<br>COURTROOM: 1375<br>PLACE:  255 E Temple Street, Los Angeles, CA 90017 |
| **Movant** *(name)*: **LILIA NUNO** ||

1. The Motion was:  ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following personal property (Property):

    ☒ Vehicle *(describe year, manufacturer, type and model)*:  **2013 BMW 750i**

    *Vehicle identification number:*
    *Location of vehicle (if known):*

    Vehicle *(describe year, manufacturer, type and model)*:
    *Vehicle identification number:*
    *Location of vehicle (if known):*

    Vehicle *(describe year, manufacturer, type and model)*:
    *Vehicle identification number:*
    *Location of vehicle (if known):*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                          Page 1                          **F 4001-1.IMPOSE.STAY.ORDER**

☐ **Equipment** *(describe manufacturer, type, and characteristics)*:
  *Serial numbers(s):*
  *Location (if known):*

☐ **Other personal property** *(describe type, identifying information, and location)*:

☒ **Real property:**
  *Street Address:*     **4172 – 4172 ½ Woodlawn Ave.**
  *Unit Number:*
  *City, State, Zip Code:*  **Los Angeles, CA 90017**

  Legal description or document recording number *(including county of recording)*: **APN: 5113-032-013**

☒ **Real property:**
  *Street Address:*     **2129 W 21st Street**
  *Unit Number:*
  *City, State, Zip Code:*  **Los Angeles, CA 90018-1321**

  Legal description or document recording number *(including county of recording)*:

☒ **Real property:**
  *Street Address:*     **206 West Martin Luther King Jr.**
  *Unit Number:*
  *City, State, Zip Code:*  **Los Angeles, CA 90037**

  Legal description or document recording number *(including county of recording)*:

☒ **Real property:**
  *Street Address:*     **4782 South Main Street**
  *Unit Number:*
  *City, State, Zip Code:*  **Los Angeles, CA 90037**

  Legal description or document recording number *(including county of recording)*:

☐ See attached page.

3. The Motion is granted on the grounds that:

   a. ☒ The present case was filed in good faith.
   b. ☒ The Property is of consequential value or benefit to the estate.
   c. ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☒ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is

   a. ☐ Imposed *as to all creditors* until further order of the court.
   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   c. ☒ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court. The Stay is imposed only as to the following served secured creditors: Wells Fargo Home Mortgage, CitiMortgage, Bayview Loan Servicing and Chase.
   d. ☐ Continued *as to all creditors* until further order of the court.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                     Page 2                     **F 4001-1.IMPOSE.STAY.ORDER**

e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay shall be imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

###

Date: June 26, 2017

*(signed)* Julia W Brand
Julia W. Brand
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 3                **F 4001-1.IMPOSE.STAY.ORDER**